UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MDR GHABEN INC.,<br><br>        Defendant. | Case No. 21-cv-03829-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 14. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by December 27, 2021.

**IT IS SO ORDERED.**

Dated: October 28, 2021

THOMAS S. HIXSON
United States Magistrate Judge