CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Mollie M. Burks (SBN: 222112)
mburks@grsm.com
Nima Nayebi (SBN: 283021)
nnayebi@grsm.com
Samuel Gutin (SBN: 324436)
sgutin@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8668
Facsimile: (510) 984-1721
Attorneys for Defendant
MDR Ghaben, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br>v.<br><br>MDR GHABEN INC., a California Corporation,<br><br>        Defendants. | Case No.: 3:21-cv-03829-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: December 20, 2021 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:  /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: December 20, 2021 | GORDON REES SCULLY MANSUKHANI, LLP |
| 7 | | |
| 8 | | |
| 9 | | By:  /s/ Nima Nayebi<br>Mollie M. Burks |
| 10 | | Nima Nayebi<br>Samuel Gutin |
| 11 | | Attorneys for Defendant<br>MDR Ghaben, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Nima Nayebi, counsel for MDR Ghaben, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: December 20, 2021       CENTER FOR DISABILITY ACCESS

                               By:    /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff